**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **LEROME BRANTLEY,** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:18cv471-MHT |
| ) | (WO) |
| **OFFICER J. WHITTEN,** ) | |
| **et al.,** ) | |
| ) | |
|     Defendants. ) | |

### OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that correctional officers used excessive force against him, failed to protect him from the excessive use of force, and improperly delayed medical treatment for his injuries. Plaintiff filed a motion for preliminary injunction seeking medical care and protection from retaliation. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. Also before the court are plaintiff's

objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted because plaintiff failed to establish each of the requisite elements necessary for the issuance of preliminary injunctive relief.

Accordingly, it is ORDERED that:

(1) The objections (doc. no. 149) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 147) is adopted.

(3) The motion for preliminary injunction (doc. no. 119) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 23rd day of November, 2020.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE